177 So. 559

## COBB v. STATE.

### 6 Div. 101.

Supreme Court of Alabama.

Dec. 9, 1937.

J. R. Payne, Jr., of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Appellant was indicted, tried, and convicted of the offense of rape and his punishment fixed at death.

The appeal is on the record, without bill of exceptions. No error appearing in the record, the judgment is affirmed.

The date for the execution of the death sentence having passed, it is ordered that Friday, January 28, 1938, be and is fixed for the execution of such sentence in the manner provided by law.

Affirmed.

All the Justices concur.